AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MORAN TOWING AND TRANSPORTATION LLC

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

LEE RACHAL,

## 08 CV 01879

TO: (Name and address of defendant)

Lee Rachal
5203 Lanny Street
Alexandria, LA 71303

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PROFETA & EISENSTEIN
14 WALL STREET, 22ND FLOOR
NEW YORK, NEW YORK 10005-2101

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK **J. MICHAEL McMAHON**         DATE **FEB 26 2008**

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 2/28/08 |
| NAME OF SERVER (PRINT) KEN KELLER | TITLE Agent |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 5203 Laminy Lane Alexandria, Rapides Parish, Louisiana

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/28/08
           Date

Signature of Server

BOMBET, CASHIO & ASSOCIATES
11220 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA 70816-0801
(225) 275-0796  FAX (225) 272-3881
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.