Jethro M. Eisenstein (JE 6848)
PROFETA & EISENSTEIN
14 Wall Street, 22nd Floor
New York, New York 10005-2101
Tel. No.: (212) 577-6500
Fax No.: (212) 577-6702

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------

MORAN TOWING AND
TRANSPORTATION LLC,

       Plaintiff,

  -against-

LEE RACHAL,

       Defendant.
-----------------------------------

Civil Action No.:
08 CV 1879 (JES)

STIPULATION OF
DISCONTINUANCE

IT IS HEREBY STIPULATED by and between the attorneys for the undersigned parties pursuant to FRCP Rule 41(a)(1)(A)(ii) that the above-captioned action be and the same hereby is dismissed without prejudice and without costs to any party.

Dated:    New York, New York
           May 23, 2008

PROFETA & EISENSTEIN
Attorneys for Plaintiffs

By: _____
   Jethro M. Eisenstein (JE 6848)
14 Wall Street
New York, New York 10005

WALTER Z. STEINMAN, ESQ.
Attorney for the Defendant

By: _____ (JME)
   Walter Z. Steinman (WS4005)
400 Greenwood Avenue
Wyncote, PA 19095-1825

SO ORDERED:

_____
U.S.D.J.

5-28-08